UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>        v.<br><br>**German LOPEZ-Saez,**<br><br>        Defendant | Magistrate Docket No.<br>**'08 MJ 1245**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **April 21, 2008** within the Southern District of California, defendant, **German LOPEZ-Saez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF April, 2008

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
German LOPEZ-Saez

## PROBABLE CAUSE STATEMENT

On April 21, 2008 Border Patrol Agent J. Behrich was performing line watch duties in the Imperial Beach, California area of operations. At approximately 7:15 p.m., the inside scope operator notified Agent Behrich via agency radio of three individuals running north in an area known as "Pink's Drive." This area is located approximately 100 yards north of the U.S./Mexico International border and three miles west of the San Ysidro, California Port of Entry.

Agent Behrich responded to the area and after a brief search encountered three subjects hiding in brush. Agent Behrich identified himself as a U.S. Border Patrol Agent and conducted an Immigration inspection. All three, including one later identified as the defendant **German LOPEZ-Saez**, freely admitted to being citizens and nationals of Mexico not in possession of any immigration documents which would allow them to enter or remain in the United States legally. Agent Behrich placed all three subjects under arrest and had them transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 8, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights in the Spanish language. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.